## **ATTACHMENT A**

1. Payroll records and records of pay and/or rate of pay, records of hours worked, and sign-in or sign-out sheets for the previous three year period for all former and current individuals employed by or working for Packers Sanitation Services, Inc. Ltd. ("PSSI") (including temporary workers and independent contractors), including any records containing the rate of pay (hourly, piece or other); total daily/weekly straight time earnings; total daily/weekly piece-rate; weekly, monthly, and annual earnings; total additional pay per hours worked weekly over 40 hours; total wages paid, including any records of payments made in cash; records related to the form of payment; records related to any pay cards issued as a form of pay and deposits and/or pay issued to or through pay cards, including Global Cash Cards; total deductions made from wages paid weekly; and total daily/weekly hours worked. Said records include, but are not limited to, logbooks, cash ledgers, timecards, attendance records, bank statements, Global Cash Cards or any other pay card records, records from any pay or payroll system used, including Wisely Pay, canceled payroll checks, and any video surveillance of employees entering, leaving, or on the premises of meat processing facilities.

2. For all former and current individuals employed by or working for PSSI (including temporary workers and independent contractors) records that contain any of the following information about any employee: names, physical likeness, photographs, addresses, social security numbers, telephone numbers, ages or dates of birth, and occupations, for the previous three-year period. Said records include, but are not limited to, any photographs of employees, including any form of identification badge, employment records, personnel files, applications for employment— including documents provided in pursuit of employment—Team Member Termination and Resignation Forms, and job assignment records.

3. IRS Forms W-2, W-4, 940, 941 and 1099 for or related to any former and/or current individuals employed by or working for PSSI (including temporary workers and independent contractors) from the past three-year period.

4. Records regarding PSSI's ownership and/or corporate structure; corporate filings; annual gross dollar volume of sales made or business done; federal and state tax forms; contracts with meat and/or poultry processors; contracts between PSSI and workers whom PSSI considers to be independent contractors or subcontractors; temporary worker agencies who provide workers to PSSI; first aid logs and records of injuries, and any injury reports submitted to or prepared to comply with any applicable safety and/or health regulations, including OSHA 300 logs, safety and sanitation training records and/or certificates of completion for each worker.

5. Originals and copies of driver's licenses, social security cards, and/or any other forms of identification kept on premises.

6. Any evidence or records relating to employees' working conditions and assigned tasks, including but not limited to observations of the environment, machinery, or chemicals used or encountered by employees during their work, oral statements from employees, and photographs of employees.