# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

IN RE ADMINISTRATIVE WARRANT OF: )
)
PACKERS SANITATION ) Case No.: 22 MC 08
SERVICES, INC. LTD. )
3681 Prism Lane )
Kieler, Wisconsin 53812 )
) **SEALED**
)

## WARRANT FOR INSPECTION UNDER
## THE FAIR LABOR STANDARDS ACT OF 1938

To: **SHANNON REBOLLEDO**, and/or any Investigator of the Wage and Hour Division, United States Department of Labor, and/or any authorized representative

An application by the United States Department of Labor requests the inspection under section 11(a) of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq. ("FLSA" or "Act") of the following establishment located in the Western District of Wisconsin.

Packers Sanitation Services, Inc. Ltd.
3681 Prism Lane
Kieler, Wisconsin 53812

The establishment to be inspected, described above, is believed to be in possession of:

*See* Attachment A.

I find that the affidavit establishes probable cause to inspect the establishment office of Packers Sanitation Services, Inc. Ltd. ("PSSI") under section 11(a) of the FLSA, including but not limited to transcribing or copying all relevant records and data in whatever form maintained including paper or electronic for the previous three-year period, and question such employees during working hours, regarding alleged violations of Sections 6, 7, 11, 12, and 15(a) of the Act, 29 U.S.C. §§ 206, 207, 211, 212, 215(a).

Said inspection may include all relevant workplaces and environments anywhere within the establishment, including areas designated by PSSI as inaccessible to employees. Said inspection may include copying, transcribing, transferring, and downloading all relevant electronic files maintained on any computer hardware or software at the premises, as well as Cloud-based electronic files and data (files and data stored in a remote database rather than locally at the premises) accessed by PSSI as part of their business operations.

**YOU ARE COMMANDED** to execute this warrant on or before _10-18-22_ *(not to exceed 14 days)* during regular business hours or at other reasonable times during the daytime from 6:00 a.m. to 10:00 p.m.

Where such records would be impractical to transcribe, copy, or convert to a portable form on the premises, said inspection may include physically removing any such records or electronic storage media in the form of tablets, laptops, or desktop computers used in the operation of PSSI's business (to permit the imaging and off-site searching for such records) for a period not to exceed 5 business days. Where access to such records requires account information, such as user names, passwords, and other authentication, PSSI shall provide such information to permit access to the records for the purposes of this inspection.

You must give a copy of the warrant and a receipt for any property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The authorized representative executing this warrant, or any authorized representative present during the execution of the warrant, must prepare a return showing that the inspection has been completed and promptly return this warrant and return to United States Magistrate Judge Stephen L. Crocker.

Date and time issued:

10-4-22 AT 3:30 PM

*Judge's Signature*

Madison, Wisconsin

Magistrate Judge Stephen L. Crocker

| | | |
|---|---|---|
| **Return** | | |
| Case No.: Click to enter Case No. | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                       *Executing officer's signature*

                                                       *Printed name and title*

# ATTACHMENT A

1. Payroll records and records of pay and/or rate of pay, records of hours worked, and sign-in or sign-out sheets for the previous three year period for all former and current individuals employed by or working for Packers Sanitation Services, Inc. Ltd. ("PSSI") (including temporary workers and independent contractors), including any records containing the rate of pay (hourly, piece or other); total daily/weekly straight time earnings; total daily/weekly piece-rate; weekly, monthly, and annual earnings; total additional pay per hours worked weekly over 40 hours; total wages paid, including any records of payments made in cash; records related to the form of payment; records related to any pay cards issued as a form of pay and deposits and/or pay issued to or through pay cards, including Global Cash Cards; total deductions made from wages paid weekly; and total daily/weekly hours worked. Said records include, but are not limited to, logbooks, cash ledgers, timecards, attendance records, bank statements, Global Cash Cards or any other pay card records, records from any pay or payroll system used, including Wisely Pay, canceled payroll checks, and any video surveillance of employees entering, leaving, or on the premises of meat processing facilities.

2. For all former and current individuals employed by or working for PSSI (including temporary workers and independent contractors) records that contain any of the following information about any employee: names, physical likeness, photographs, addresses, social security numbers, telephone numbers, ages or dates of birth, and occupations, for the previous three-year period. Said records include, but are not limited to, any photographs of employees, including any form of identification badge, employment records, personnel files, applications for employment—including documents provided in pursuit of employment—Team Member Termination and Resignation Forms, and job assignment records.

3. IRS Forms W-2, W-4, 940, 941 and 1099 for or related to any former and/or current individuals employed by or working for PSSI (including temporary workers and independent contractors) from the past three-year period.

4. Records regarding PSSI's ownership and/or corporate structure; corporate filings; annual gross dollar volume of sales made or business done; federal and state tax forms; contracts with meat and/or poultry processors; contracts between PSSI and workers whom PSSI considers to be independent contractors or subcontractors; temporary worker agencies who provide workers to PSSI; first aid logs and records of injuries, and any injury reports submitted to or prepared to comply with any applicable safety and/or health regulations, including OSHA 300 logs, safety and sanitation training records and/or certificates of completion for each worker.

5. Originals and copies of driver's licenses, social security cards, and/or any other forms of identification kept on premises.

6. Any evidence or records relating to employees' working conditions and assigned tasks, including but not limited to observations of the environment, machinery, or chemicals used or encountered by employees during their work, oral statements from employees, and photographs of employees.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

IN RE ADMINISTRATIVE WARRANT OF: )
)
PACKERS SANITATION )
SERVICES, INC. LTD. )
3681 Prism Lane ) Case No.
Kieler, Wisconsin 53812 )
)
)

### RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served (indicate by check method used).
: on a duly authorized agent
: by leaving at principal office
: or place of business, to wit:

:_____
:_____
:_____

On the company named hereon

_____
(Month) (Day) (Year)

_____
(Name of person making service)

_____
(Official Title)

### RETURN

Inspection of the establishment described in the warrant was made on _____, 2022 at _____am/pm.

_____
Wage and Hour Investigator