UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

IN RE ADMINISTRATIVE WARRANT OF: )
)
PACKERS SANITATION )
SERVICES, INC. LTD. )
3681 Prism Lane ) Case No. 22 mc 00008-slc
Kieler, Wisconsin 53812 )
)
)

## RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served (indicate by check method used).
: on a duly authorized agent
: by leaving at principal office
: or place of business, to wit:
: AMANDA VAASSEN
: 3681 PRISM LN
: KIELER, WI

On the company named hereon

10 / 13 / 2022
(Month) (Day) (Year)

Justin Uphold
(Name of person making service)

Planning and Review Coordinator
(Official Title)

## RETURN

Inspection of the establishment described in the warrant was made on 10/13/2022, 2022 at 8:00 am/pm.

_____
Wage and Hour Investigator